Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-489

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
    **Title of Work:** Jp2093_ Feather Plumes-A

## Completion/Publication
    **Year of Completion:** 2014
    **Date of 1st Publication:** October 28, 2014
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Jean Ann Plout
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Jean Ann Plout
    N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions
    **Organization Name:** Art Licensing International, Inc.
    **Address:** P.O. Box 2568
    Manchester Centre, VT 05255 United States

## Certification
    **Name:** David Denholm
    **Date:** September 12, 2024
    **Applicant's Tracking Number:** JP2024091215



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-420-485
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title
Title of Work: JP2119-Le Coq

## Completion/Publication
Year of Completion: 2014
Date of 1st Publication: November 05, 2014
Nation of 1st Publication: United States

## Author
- Author: Jean Ann Plout
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
Copyright Claimant: Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions
Organization Name: Art Licensing International, Inc.
Address: P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification
Name: David Denholm
Date: September 12, 2024
Applicant's Tracking Number: JP2024091216



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-420-664
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title
**Title of Work:** Jp3041-Italian Chefs-61215

## Completion/Publication
**Year of Completion:** 2015
**Date of 1st Publication:** June 12, 2015
**Nation of 1st Publication:** United States

## Author
- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions
**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification
**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091221



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-806**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Garage Sign Collection-B

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 07, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091212



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-091**

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Blueberry Pie- Vintage Sign

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** JP2024101701

# HOME MADE

## Blueberry Pie

**5¢** a slice

# Fresh & Delicious

*Jean Plout*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-846

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

## Title

    **Title of Work:** Watercolor Teacups- A

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** January 05, 2018
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Jean Ann Plout
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Jean Ann Plout
    N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

    **Organization Name:** Art Licensing International, Inc.
    **Address:** P.O. Box 2568
    Manchester Centre, VT 05255 United States

## Certification

    **Name:** David Denholm
    **Date:** September 12, 2024
    **Applicant's Tracking Number:** JP2024091237



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-488

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title
    **Title of Work:** JP2120_Le Coq

## Completion/Publication
    **Year of Completion:** 2014
    **Date of 1st Publication:** November 05, 2014
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Jean Ann Plout
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Jean Ann Plout
    N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions
    **Organization Name:** Art Licensing International, Inc.
    **Address:** P.O. Box 2568
    Manchester Centre, VT 05255 United States

## Certification
    **Name:** David Denholm
    **Date:** September 12, 2024
    **Applicant's Tracking Number:** JP2024091217

